UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:07-cv-23119-PCH

SOMA INTERNATIONAL, LLC,

    Plaintiff,

v.

HELLMANN WORLDWIDE LOGISTICS, INC.,

    Defendant.

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard upon the Stipulation of the parties, and after reviewing the Court file and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said Stipulation be and the same is hereby approved, and the above styled action, including all claims and counterclaims, is hereby dismissed with prejudice and without costs to either party, with each party to bear their own attorneys' fees. *The Clerk shall close this case.*

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 22 day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record